**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STACEY ANN FOSTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GENERAL PAUL M. NAKASONE,<br><br>　　　　　Defendant. | Case No. CV 21-3011-SVW (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMENDATIONS**<br><br>**OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge. After having made a _de novo_ determination of the portions of the Report and Recommendation to which Plaintiff's Objections were directed, the Court finds that Plaintiff's Objections to the Report and Recommendation are without merit and do not cause the Court to reconsider its decision to accept the Magistrate Judge's conclusions and recommendations. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

1    **IT IS ORDERED** that Judgment shall be entered dismissing this
2    action with prejudice.
3
4    **IT IS FURTHER ORDERED** that the Clerk serve copies of this
5    Order on Plaintiff at her current address of record.
6
7    DATED: August 19, 2021

```
                                    _____
                                         STEPHEN V. WILSON
                                    UNITED STATES DISTRICT JUDGE
```