JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY ANN FOSTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GENERAL PAUL M. NAKASONE,<br><br>　　　　Defendant. | Case No. CV 21-3011-SVW (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: August 19, 2021

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE